Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER RODRIGUEZ,** ) | Case No. 3:10-cv-01860-AJB -WVG |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **PLAZA RECOVERY ASSOCIATES,** ) | |
| **INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

     NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

     Respectfully submitted this 7th day of April, 2011.

     By: s/Todd M. Friedman
         TODD M. FRIEDMAN
         Law Offices of Todd M. Friedman, P.C.
         Attorney for Plaintiff

1  Filed electronically on this 7th day of April, 2011, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable William V. Gallo
   United States District Court
6  Southern District of California

7

8  David Kaminski
   CARLSON & MESSER LLP
9  5959 W. Century Blvd, #1214
   Los Angeles CA 90045
10 Attorney for Defendant

11
   This 7th day of April, 2011.
12

13 s/Todd M. Friedman
   Todd M. Friedman
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28