UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> v.  ) <br> ) <br> PLAZA RECOVERY ASSOCIATES, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10cv1860 AJB (WVG) <br><br> ORDER GRANTING JOINT MOTION TO DISMISS <br><br> (Doc. No. 11) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

DATED: June 1, 2011

*[signature]*

Hon. Anthony J. Battaglia

U.S. District Judge